No opinion. Judgment and order unanimously affirmed, with costs.

---

In re REED. (Supreme Court, Appellate Division, Third Department. November 26, 1913.) In the matter of the application of William J. Reed, as a creditor of Henry M. Bailey, deceased, for permission to sell real estate to pay debts of said Henry M. Bailey. No opinion. Order of the Surrogate's Court of Warren county unanimously affirmed, without costs.

---

In re REEVE. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) In the matter of the application of Julia B. Reeve for an order adjudging Van Mater Stilwell, an attorney and counselor at law, guilty of contempt of court, etc. No opinion. Order affirmed, without costs, upon the ground that the appellant invited the status that entailed liability and damages.

---

REMINGTON, Appellant, v. SHULTS BREAD CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by Emory B. Remington against the Shults Bread Company. No opinion. Judgment reversed, and new trial granted, costs to abide the event, on the ground that the question of plaintiff's contributory negligence was one of fact for the jury, under the circumstances of the proof. Hickman v. William Schimper & Co., 125 App. Div. 216, 109 N. Y. Supp. 325.

---

REYNOLDS, Respondent, v. BUSHNELL et. al., Appellants. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Augustus L. Reynolds against Ericsson F. Bushnell and others. No opinion. Judgment reversed, and new trial granted, costs to abide the event, on the ground that the verdict is excessive, unless plaintiff stipulate within 20 days to reduce the judgment to the sum of $2,000, exclusive of taxed costs, in which event the judgment, as so modified, is unanimously affirmed, without costs.

---

RIANHARD, Respondent, v. M. BOWSKY FUR DRESSING & DYEING CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 14, 1913.) Action by Dane E. Rianhard against the M. Bowsky Fur Dressing & Dyeing Company. No opinion. Judgment and order affirmed, with costs. See, also, 154 App. Div. 954, 139 N. Y. Supp. 1142.

---

RICE, Appellant, v. CITY OF YONKERS, Respondent. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Fred B. Rice against the City of Yonkers. No opinion. Judgment affirmed, with costs.

---

ROCKAWAY HUNTING CLUB v. OAKLEY. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Appeal from Special Term, Nassau County. Action by the Rockaway Hunting Club against Elizabeth L. Oakley. From a judgment for defendant, plaintiff appeals. Reversed and rendered. Charles K. Carpenter, of New York City (Frederic D. Philips, of New York City, on the brief), for appellant. William S. Pettit, of Far Rockaway (Charles C. Bunker, of Far Rockaway, on the brief), for respondent.

THOMAS, J. After the construction of the house upon the defendant's lot, a stable appurtenant thereto was built in 1898, and was used for a stable during that year. Hinckley, plaintiff's predecessor in title, knew that the structure was a stable, and that it was devoted to that purpose. In 1899, the stable was converted into a living apartment by change of interior arrangement, although there was no apparent change in the exterior. The change was not made through any reliance upon any act or omission of Hinckley or the plaintiff, nor is the plaintiff estopped to maintain this action by passivity on his part or that of his predecessor. The judgment should be reversed, with costs, and judgment entered enjoining the defendant from using the building for the purposes of a living apartment or dwelling house, or for any purpose violative of the restriction. All concur.

---

ROCK ISLAND BUTTER CO., Respondent, v. ROWLAND, Appellant. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by the Rock Island Butter Company against James Rowland. D. McCurdy, of New York City, for appellant. F. C. Pitcher, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Orders filed. See, also, 157 App. Div. 919, 142 N. Y. Supp. 1142.

---

ROE v. REVONAH REALTY CO. et al. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Clinton T. Roe against the Revonah Realty Company and others. No opinion. Motion denied, upon condition that the appellant perfect its appeal, place the case upon the calendar for January, 1914, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

---

ROSENFELD, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Samuel Rosenfeld against the Long Island Railroad Company. D. B. Griffin, of New York City, for appellant. B. Reass, of Brooklyn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

RUBEL, Respondent, v. LEBOLT & CO., Appellants. (Supreme Court, Appellate Divi-